RECEIVED
IN LAKE CHARLES, LA.

JUN 25 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JORGE EDNAR APARICIO-ANGEL 64510-004 | CIVIL ACTION NO. 2:13-CV-0384 SECTION P |
| VS. | JUDGE PATRICIA MINALDI |
| WARDEN OF FDC OAKDALE, ET AL | MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 4] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the petitioner's application for a writ of habeas corpus be **DENIED** and **DISMISSED** as **MOOT**.

Lake Charles, Louisiana, on this 24 day of June, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE